**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **AHMAD MOHAMMAD AL DARBI,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2371 (RCL)** |
| ) | |
| **BARACK OBAMA,** *et al.*, ) | |
| ) | |
| **Respondents.** ) | |

## ORDER

Upon consideration of respondents' Consent Motion [206] for Further Enlargement of Time to Respond to the Discovery Order entered May, 7, 2010, it is hereby

ORDERED that respondents' motion is GRANTED *nunc pro tunc*; and it is further

ORDERED that respondents are allowed until May 17, 2010, to complete the ordered discovery.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 25, 2010.